UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Lance Edwin Branson            :        Case #: 06-57249
       Patricia Ann Branson

                                              :        Chapter 13

                                              :        Judge Preston

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 26, 2010            /s/ Frank M. Pees_____
                                              Frank M. Pees
                                              Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| First American Credit Solution | $13.23 |
| P.O. Box 520 | |
| Hilliard, OH 43026 | |